IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AXEL STARKE                        )
                                   )
            Plaintiff,             )
                                   )
            -v-                    )        No.
                                   )
EQUIFAX, INC                       )
                                   )
            Defendant.             )
                                   )
                                   )

## COMPLAINT

Plaintiff AXEL STARKE, for his Complaint against defendant EQUIFAX, INC states as follows:

### NATURE OF ACTION

1.     This action for brought by Starke against Equifax for the credit reporting company's violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (the "FRCA") Equifax violated the FRCA by failing to take the necessary and reasonable precautions from publishing false and inaccurate credit information on Starke's credit report. Then, when Equifax was notified of the error in three separate complaints submitted by Starke, Equifax was grossly negligent in repeatedly refusing to correct the obvious error that Equifax continues to publish falsely on Starke's credit report.

2.     Specifically, in or about September 7, 2011, the Boston Housing Court entered a final judgment *in favor of Starke* and *against the Federal National Mortgage Association* for $2,756.00 and for attorney's fees incurred by Starke and his co-defendant. Equifax based on the public record of this litigation that Starke won, reported the judgment from the public record as

"negative" public record to Starke's credit and indicating that Starke had an outstanding judgment against him of $2,756.00. Although the Boston Housing Court docket that is available online to the public states that judgment entered in Starke's favor, Starke also provided Equifax with a copy of the Boston Housing Court's Order of Final Judgment stating the same information. In response to Starke's complaints to Equifax, Equifax has informed Starke that it has investigated the matter and has verified that the information that Equifax entered onto Starke's credit report is accurate. Equifax has stated that it will not correct Starke's credit report. Starke has incurred and continues to incur damages as a result of Equifax's reporting of false credit information and Equifax's ongoing refusal to correct Starke's credit report.

## JURISDICTION AND VENUE

3.      The United States District Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq.

4.      Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to Starke's claims occurred in this district.

## PARTIES

5.      Plaintiff Axel Starke is an individual who formerly resided at 9 Ronan Street, Dorchester, Massachusetts 02125 and current resides at 3000 Blackburn Street, Dallas, Texas 75204.

6.      Defendant Equifax is a Georgia corporation with its principal place of business headquartered at 1550 Peachtree N.W., Atlanta, GA 30309 and regularly does business in all fifty states including in the Commonwealth of Massachusetts. Equifax has appointed a registered

agent in Massachusetts to accept service of legal process. Equifax's registered agent is The Prentice-Hall Corporation System, Inc., 84 State Street, Boston, MA 02109.

## FACTS COMMON TO ALL COUNTS

### Starke Prevails in a Boston Housing Court Eviction Case

7.      On or about July 13, 2009, the Federal National Mortgage Association ("Fannie Mae"), who had taken ownership of a condominium through foreclosure where Starke, and his mother, Jamiese Martin were living as renters of the foreclosed upon owners, filed an action to recover possession of the unit from Starke and Martin. A copy of the online docket sheet for this case, Boston Housing Court Docket # 09 – SP – 02679 is attached hereto and incorporated herein as Exhibit A.

8.      On or about July 20, 2009, Starke and Martin filed an answer and counterclaims against Fannie Mae claiming that it had failed to maintain their apartment in compliance with law and that the owner was not entitled to possession and owed the Starke and Martin monetary damages. Discovery ensued.

9.      On or about May 9, 2011 and May 10, 2011, a portion of the dispute was tried to a jury and the jury rendered a partial verdict in favor of Starke and Martin. The jury verdict was followed by a series of post-trial motions and further hearings on Starke and Martin's consumer protection claims that were tried to the Court and not to the jury.

10.      On or about September 7, 2011, the Boston Housing Court entered final judgment, pursuant to a September 1, 2011 Final Order of Judgment (a copy of the Boston Housing Court's Final Order is attached hereto and incorporated herein as Exhibit B), *in favor* of Starke and Martin and *against* Fannie Mae. The judgment was for possession for Starke and

3

Martin and an award of damages to Starke and Martin of $2,756 and an award of attorney's fees to Starke and Martin's attorney of $10,800.

11.     The judgment was not appealed and Fannie Mae paid the judgment sums to Starke and Martin, through their counsel, and the matter was concluded.

## While Attempting to Rent an Apartment in 2014, Starke Learns that His Equifax Credit Report Contains False Information Related to the Housing Court Case

12.     In or about May 2014, Starke was relocating to Dallas, Texas and was seeking to rent an apartment. When he found a suitable apartment, the potential new landlord, through the real estate agent, applied to Equifax for Starke's credit report.

13.     When the real estate agent received the credit report, she informed Starke that he would not be allowed to rent the apartment because he had an outstanding judgment against him in the Boston Housing Court that was reflected on his credit report.

14.     Starke obtained a copy of Exhibit B, the Boston Housing Court's Final Order of Judgment that showed that the judgment was in his favor and forwarded that to the realtor. The realtor stated that Starke would have to get the item cleared from his credit report before it would consider renting an apartment to him.

## Starke Files an Online Complaint to Equifax Requesting that the Erroneous Information on his Credit Report be Removed or Corrected and Equifax Denies the Claim

15.     In or about late May 2014, Starke completed an online form notifying Equifax of the problem with the inaccurate information on his credit report. In the form, Starke explained that the amount that was shown as a judgment of $2,756.00 against him was actually a judgment in his favor and against Fannie Mae, the other party in the litigation. A copy of four pages of Starke's May 30, 2014 thirty-two page credit report referring to the judgment and to the tenant company inquiry are attached hereto and incorporated herein as Exhibit C.

16.     By letter dated June 5, 2014, Equifax informed Starke that it had reviewed the "judgement information" and "verified that this item belongs to you." The letter urges Starke to contact the Suffolk County Courthouse (where the case has never been). The document contends that Equifax verified with the court in June 2014 that there was a pending judgment against defendant Axel Starke in favor of Fannie Mae in Boston Housing Court case # 09H84SP002678. A copy of Equifax's June 5, 2014 letter to Starke is attached hereto and incorporated herein as Exhibit D.

**Starke Telephones Equifax in an Effort to Understand How Equifax Could "Verify" Inaccurate Information and Try Again to Have the Error Correct**

17.     After receiving the June 5, 2014 letter, Starke contacted Equifax by telephone at the number provided. The person he spoke with took down the information and asked him to resubmit the information through the online form in reconsideration of the June 5, 2014 finding. Starke completed another online form and provide the documentary information including the Order of Final Judgment.

18.     In a letter dated June 11, 2014, Equifax notified Starke that it had "reviewed the judgement information" and "verified that this public record item is reporting correctly." [sic.]. Starke again contacted Equifax at the telephone number provided. The Equifax representative informed him the Order of Final Judgment that he sent was for a different case: Boston Housing Court 09H84SP002679. The case that Equifax was reporting the judgment was Boston Housing Court 09H84SP002678. A copy of the June 11, 2014 Equifax letter to Starke is attached hereto as Exhibit E.

**Starke Provides Equifax with the Docket Sheet fror Boston Housing Court
#09H84SP002678 showing that neither Fannie Mae nor Starke were Parties in that Case**

19.     After speaking with Equifax for a second time, Starke made a third submission to Equifax that included the docket sheet from Boston Housing Court 09H84SP002678 and demonstrating that he was not a party to that case and no judgment could have entered against him in that case. A copy of the docket sheet from the online records of Boston Housing Court 09H84SP002678 is attached hereto and incorporated herein as Exhibit F.

20.     By a letter dated June 18, 2014, Equifax again notified Starke that it had verified the information on his credit report was accurate and it would not change the report. A copy of Equifax's June 18, 2014 letter to Starke is attached hereto and incorporated herein as Exhibit G.

**Starke Purchases a Car with a Car Loan and is Required to Pay a Higher Interest Due to
His Bad Credit Report Resulting from an Pending Judgment Against Him**

21.     In or about July 2014, Starke purchased a car. The rate on the car loan that he received was higher than it would have been if he had not had the negative item – the notice of the outstanding judgment – on his credit report.

## COUNT I

**(Negligent Noncompliance with the Requirements of the Fair Credit Reporting Act – 15
U.S.C. §1681o)**

22.     Starke incorporates by reference the allegations set forth in paragraphs 1-21 above as if fully set forth herein.

23.     The FRCA requires Equifax, as a consumer reporting agency, to use "reasonable procedures" to ensure maximum possible accuracy when preparing consumer credit reports. 15 U.S.C. 1681e(b).

6

24.     Equifax's haphazard manner of reporting public records of judgments by apparently not accounting for the possibility that a defendant might also obtain a judgment through a counterclaim runs afoul of this requirement to have reasonable procedures in place.

25.     Further, the FRCA requires Equifax to perform "reasonable reinvestigations" of information disputed by a consumer. 15 U.S.C. 1681i(a).

26.     The FRCA also requires Equifax, as a consumer reporting agency, "to delete information that it determines to be inaccurate." 15 U.S.C. 1681i(a)(5).

27.     In this case, Starke provided Equifax with all of the information it needed for it to recognize its obvious reporting error and to correct the report. Instead, Equifax repeatedly stuck to form denials and other untenable theories in failing to reasonably reinvestigate the inaccurate information.

28.     Equifax negligently failed to put steps in place to ensure the accuracy of its reporting of public record of court judgments and negligently failed to reinvestigate the report and correct it in the face of incontestable evidence of the error and is liable to Starke under 15 U.S.C. 1681o.

29.     As a direct and proximate result of Equifax's negligence, Starke was damaged in losing the ability to rent apartments, paying higher interest on his car loans and the amounts to be proved at trial.

WHEREFORE, plaintiff Axe Starke requests that this Court enter judgment in his favor and against defendant Equifax, Inc. in the amount as proved at trial, plus pre-judgment interest, attorneys' fees and costs of this suit and enter an order requiring Defendant to correct information inaccurately stated on Starke's credit report and for such further relief as the Court deems just and proper.

## COUNT II

### (Negligent Noncompliance with the Requirements of the Fair Credit Reporting Act – 15 U.S.C. §1681n)

30.     Ogden incorporates by reference the allegations set forth in paragraphs 1-29 above as if fully set forth herein.

31.     The FRCA requires Equifax to perform "reasonable reinvestigations" of information disputed by a consumer. 15 U.S.C. 1681i(a).

32.     The FRCA also requires Equifax, as a consumer reporting agency, "to delete information that it determines to be inaccurate." 15 U.S.C. 1681i(a)(5).

33.     Equifax's decision to ignore the overwhelming and undeniable information that Starke presented to the consumer reporting agency regarding the misinformation in his credit report and failure to delete the information from Starke's credit report constitutes reckless misconduct and is willful pursuant to the FRCA.

34.     Equifax willfully failed to reinvestigate the report and correct it in the face of overwhelming evidence of the reporting error and is liable to Starke under 15 U.S.C. 1681n.

35.     As a direct and proximate result of Equifax's willful noncompliance, Starke suffered actual damages.

WHEREFORE, plaintiff Axe Starke requests that this Court enter judgment in his favor and against defendant Equifax, Inc. in the amount as proved at trial on this count, but for actual damages of not less than $100 and not more than $1000, plus punitive damages in an amount determined by the court, pre-judgment interest, attorneys' fees and costs of this suit and enter an

order requiring Defendant to correct information inaccurately stated on Starke's credit report and

for such further relief as the Court deems just and proper.

## JURY DEMAND

Starke hereby demands a trial by jury on all claims so triable in this matter.

Axel Starke
By HIS attorney,

DATE: September 10, 2014

Robert Shapiro #547404
Law Office of Robert Shapiro
94 Green Street
Jamaica Plain, MA 02130
BBO# 547404
comlawjp@gmail.com

EXHIBIT A

| Case Type | Housing Court Summary Process | Case Status | Active |
|---|---|---|---|
| Status Date: | 07/13/2009 | File Date | 07/13/2009 |
| Case Judge: | | DCM Track: | |
| Next Event: | | | |

**Property Address**
9 Ronan Street 3
Dorchester MA 02125

All Information    Party    Event    Docket    Disposition    Judgment

## Party Information

### Federal National Mortgage Association - Plaintiff

| Disposition | | Alias | |
|---|---|---|---|
| Disp Date | | | |
| | | Attorney/Bar Code | Phone Number |
| | | Rhein, Esq., David (635175) | |

More Party Information

### Martin, Jamiese - Defendant

| Disposition | | Alias | |
|---|---|---|---|
| Disp Date | | | |
| | | Attorney/Bar Code | Phone Number |
| | | Shapiro, Esq., Robert J (547404) | |

More Party Information

### Starke, Axel - Defendant

| Disposition | | Alias | |
|---|---|---|---|
| Disp Date | | | |
| | | Attorney/Bar Code | Phone Number |
| | | Pro Se, . (PROPER) | |

More Party Information

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/23/2009 09:30 AM | First Session | | Courtroom 15 - 5th Floor | Summary Process Trial | Continued |
| 08/06/2009 09:00 AM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Allowed |
| 08/06/2009 09:30 AM | First Session | | Courtroom 15 - 5th Floor | Summary Process Trial | |
| 08/27/2009 09:00 AM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Continued |
| 09/03/2009 09:00 AM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Not held but resolved |
| 10/08/2009 09:00 AM | First Session | | Courtroom 15 - 5th Floor | Motion Hearing | Not held but resolved |
| 08/27/2010 02:00 PM | Second Session | | Courtroom 14 - 5th Floor | Pretrial Conference | Continued |
| 08/30/2010 09:30 AM | Second Session | | Courtroom 14 - 5th Floor | Jury Trial | Continued |
| 08/31/2010 09:30 AM | Second Session | | Courtroom 14 - 5th Floor | Jury Trial in Progress Continued | Continued |
| 04/27/2011 02:00 PM | Second Session | | | Pretrial Conference | Held |
| 05/09/2011 09:30 AM | Second Session | | | Jury Trial | Held |
| 05/10/2011 09:30 AM | Second Session | | | Jury Trial in Progress Continued | Held |
| 06/07/2011 09:30 AM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Held |
| 06/07/2011 09:30 AM | Second Session | | Courtroom 14 - 5th Floor | Motion Hearing | Held |

## Docket Information

| Docket Date | Docket Text |
| --- | --- |
| 07/13/2009 | SP Summons and Complaint - Foreclosure |
| 07/13/2009 | SUMMARY PROCESS: MGL CHAPTER 185C SECTION 19 ; CHAPTER 262 SECTION 2  Receipt: 15708  Date: 07/13/2009 |
| 07/13/2009 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19)  SURCHARGE  Receipt: 15708  Date: 07/13/2009 |
| 07/13/2009 | Scheduled<br>Event: Summary Process Trial<br>Date: 07/23/2009 Time: 09:30 AM<br>Result: Continued |
| 07/13/2009 | Notice to quit filed |
| 07/20/2009 | Answer of<br>Defendants & Counterclaims and Jury Demand |
| 07/20/2009 | Defendant Discovery Requests |
| 07/20/2009 | Event Resulted<br>The following event: Summary Process Trial scheduled for 07/23/2009 09:30 AM has been resulted as follows:<br><br>Result: Continued |
| 07/21/2009 | Scheduled<br>Event: Summary Process Trial<br>Date: 08/06/2009 Time: 09:30 AM |
| 07/24/2009 | Motion To File Discovery Late filed by Federal National Mortgage Association |
| 07/28/2009 | Scheduled<br>Event: Motion Hearing<br>Date: 08/06/2009 Time: 09:00 AM<br>Result: Allowed |
| 08/06/2009 | Event Resulted<br>The following event: Motion Hearing scheduled for 08/06/2009 09:00 AM has been resulted as follows:<br><br>Result: Allowed |
| 08/06/2009 | Motion To Compel Discovery And For A Continuance filed by Jamiese Martin |
| 08/19/2009 | Scheduled<br>Event: Motion Hearing<br>Date: 08/27/2009 Time: 09:00 AM<br>Result: Continued |
| 08/25/2009 | Plaintiff Discovery Requests |
| 08/27/2009 | Event Resulted<br>The following event: Motion Hearing scheduled for 08/27/2009 09:00 AM has been resulted as follows:<br><br>Result: Continued |
| 08/27/2009 | Scheduled<br>Event: Motion Hearing<br>Date: 09/03/2009 Time: 09:00 AM<br>Result: Not held but resolved |
| 09/02/2009 | Plaintiff's Response to Defendants Request for Discovery |
| 09/03/2009 | Motion withdrawn |
| 09/22/2009 | Motion For Order Compelling Discovery Responses filed by Federal National Mortgage Association |
| 09/25/2009 | Scheduled<br>Event: Motion Hearing |

10/09/2009   Motion withdrawn

11/30/2009   Defendant Discovery Response

06/16/2010   Scheduled
             Event: Pretrial Conference
             Date: 08/27/2010  Time: 02:00 PM
             Result: Continued

06/16/2010   Scheduled
             Event: Jury Trial
             Date: 08/30/2010  Time: 09:30 AM
             Result: Continued

08/03/2010   Assented to Motion reschedule PTC Allowed.

08/04/2010   Event Resulted
             The following event: Pretrial Conference scheduled for 08/27/2010 02:00 PM has been resulted as follows:

             Result: Continued

             Reason: Both Parties Request

08/30/2010   Event Resulted
             The following event: Jury Trial scheduled for 08/30/2010 09:30 AM has been resulted as follows:

             Result: Continued

             Reason: Court Action

08/31/2010   Event Resulted
             The following event: Jury Trial in Progress Continued scheduled for 08/31/2010 09:30 AM has been resulted as follows:

             Result: Continued

             Reason: Court Action: NO AGREEMENT

02/28/2011   Scheduled
             Event: Pretrial Conference
             Date: 04/27/2011  Time: 02:00 PM
             Result: Held

02/28/2011   Scheduled
             Event: Jury Trial
             Date: 05/09/2011  Time: 09:30 AM
             Result: Held

04/27/2011   Event Resulted
             The following event: Pretrial Conference scheduled for 04/27/2011 02:00 PM has been resulted as follows:

             Result: Held

05/09/2011   Motion to dismiss is Denied.

05/09/2011   Event Resulted
             The following event: Jury Trial scheduled for 05/09/2011 09:30 AM has been resulted as follows:

             Result: Held

05/10/2011   Event Resulted
             The following event: Jury Trial in Progress Continued scheduled for 05/10/2011 09:30 AM has been resulted as follows:

             Result: Held

05/17/2011   Judgment in SP case entered: SEE JUDGMENT FOR ALL DETAILS

05/17/2011   Judgment issued
             Final Judgment            Verdict
             Muirhead, Honorable MaryLou
             Judgment For: Federal National Mortgage Association
             Judgment Against: Martin, Jamiese / Starke, Axel
             Terms of Judgment:
             Interest Begins: 07/13/2009      Jdgmnt Date: 05/17/2011
             Days of Interest: 673           Interest Rate: .12
             Daily Interest Rate: .000329
             Damages:
             Damage Amt: 2644.00            Filing Fees: 135.00

Prejudgment Interest on Punitive Damages

Other Costs: 90.00
Costs Total: 230.00
Damages Total: 3,229.43
Judgment Total: 3,459.43

05/18/2011   JUDGMENT IS VACATED, ENTERED IN ERROR. 93A CLAIMS TO BE SCHEDULED.

05/18/2011   Scheduled
             Event: Hearing
             Date: 06/08/2011   Time: 02:00 PM
             Result: Held

05/19/2011   Memorandum of Jamiese Martin, Axel Starke
             in support of assessment of damages, cost and fees in the 93A claim

05/19/2011   Motion for findings not withstanding the special verdict. filed by Jamiese Martin, Axel Starke

06/03/2011   Motion to quash deft's subpoena filed by Federal National Mortgage Association

06/03/2011   Scheduled
             Event: Motion Hearing
             Date: 06/07/2011   Time: 09:30 AM
             Result: Held

06/03/2011   Scheduled
             Event: Motion Hearing
             Date: 06/07/2011   Time: 09:30 AM
             Result: Held

06/03/2011   Order of Notice issued. Party(s) must show cause why a motion to quash defendant's subpoena should not be allowed
             and service must be given AT LEAST ONE DAY before scheduled hearing.

06/07/2011   Event Resulted
             The following event: Motion Hearing scheduled for 06/07/2011 09:30 AM has been resulted as follows:

             Result: Held

06/07/2011   Event Resulted
             The following event: Motion Hearing scheduled for 06/07/2011 09:30 AM has been resulted as follows:

             Result: Held

06/08/2011   Event Resulted
             The following event: Hearing scheduled for 06/08/2011 02:00 PM has been resulted as follows:

             Result: Held/TUA

07/08/2011   Findings and interim Order

07/18/2011   Affidavit of attorney's fees filed by attorney Robert Shapiro

07/18/2011   Motion for attorney's fees filed by Jamiese Martin, Axel Starke

07/26/2011   Scheduled
             Event: Motion Hearing
             Date: 08/19/2011   Time: 09:30 AM
             Result: Held

08/19/2011   Event Resulted
             The following event: Motion Hearing scheduled for 08/19/2011 09:30 AM has been resulted as follows:

             Result: Held

09/01/2011   Order:Motion for attorney's fees is ALLOWED.
             SEE ORDER FOR ALL DETAILS

09/01/2011   FINAL ORDR FOR JUDGMENT. SEE ORDER FOR ALL DETAILS

09/07/2011   Judgment issued
             Final Judgment                    Verdict
             Muirhead, Honorable MaryLou
             Judgment For: Martin, Jamiese / Starke, Axel
             Judgment Against: Federal National Mortgage Association
             Terms of Judgment:
             Interest Begins: 07/13/2009         Jdgmnt Date: 09/07/2011
             Days of Interest: 14                Interest Rate: .12
             Daily Interest Rate: .000329
             Damages:
             Damage Amt: 2756.00
             Crt Ord Atty Fee: 10800.00

## Case Disposition

| Disposition | Date |
| --- | --- |
| Judgment in SP case entered | 05/17/2011 |

## Judgments

| Date | Type | Method | For | Against |
| --- | --- | --- | --- | --- |
| 09/07/2011 | Final Judgment | Verdict | Starke, Axel | Federal National Mortgage Association |
| 05/17/2011 | Final Judgment | Verdict | Federal National Mortgage Association | Starke, Axel |

EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                      HOUSING COURT DEPARTMENT
                                                 CITY OF BOSTON DIVISION
                                                 SUMMARY PROCESS
                                                 NO. **09H84SP002679**

## FEDERAL NATIONAL MORTGAGE ASSOCIATION
Plaintiff

v

## JAMIESE MARTIN and AXEL STARKE
Defendants

### FINAL ORDER OF JUDGMENT

Based upon all the credible testimony and evidence presented at trial in light of the

governing law, it is **ORDERED** that

1.  Judgment enter on the Jury Verdict for the Plaintiff for damages in the amount
    of Four Thousand Nine Hundred Dollars ($4,900.00) for reasonable use and occu-
    pancy.

2.  Judgment enter on the Jury Verdict for the Defendants in the amount of Five
    Hundred Dollars ($500.00) on their counterclaim claim for breach of the implied
    warranty of habitability.

3.  Judgment enter on the Jury Verdict for the Defendants in the amount of One
    Thousand Seven Hundred and Fifty Six ($1,756.00) on their counterclaim for in-
    terference with quiet enjoyment based on the Plaintiff's failure to pay for utilities.
    The Defendants are entitled to attorney's fees on this claim.

4.  Judgment enter for the Defendants on their claim for Violation of G.L. c. 93A
    in the amount of Five Thousand Four Hundred Dollars ($5,400.00) based on the

Plaintiff's interference with their quiet enjoyment of the Premises. The Defendants are entitled to attorney's fees on this claim.

5.   The Court awards the Defendants reasonable attorney's fees in this matter in the amount of $10,800.00.

6.   This results in damages for the Defendants in the amount of $7,656.00, which can be used to off-set the Plaintiff's damages of $4,900.00. The off-set results in a net damage award of $2,756.00 in favor of the Defendants.[1]

**SO ORDERED.**

**MARYLOU MUIRHEAD**
**ASSOCIATE JUSTICE**

September       , 2011

cc:   David Rhein, Esquire
       Robert Shapiro, Esquire

---

[1]Attorney's fees are not subject to off-set.

2

EXHIBIT C


# EQUIFAX

**Equifax Credit Report™ for Axel M. Starke**
As of: 05/30/2014
Available until: 06/29/2014
Confirmation #:4650993688

Report Does Not Update

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Contact Us

If you would like to initiate your dispute by phone you may contact our dispute center at 866-229-7861 (telephone number changes monthly). You must have a current copy of your Equifax credit file and your 10 digit confirmation number to complete the dispute process by phone. Or you may dispute via US mail by writing to:

**Equifax Information Services, LLC**
**PO Box 740256**
**Atlanta, GA 30374**

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open | Total | | | Credit | Debt to Credit | Monthly Payment | Accounts with a |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 4 | $175,233 | $3,268 | $178,501 | 98 % | $198 | 4 |
| Revolving | 2 | $1,909 | $4,238 | $5,000 | 15 % | $25 | 2 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 6 | $177,142 | $7,506 | $183,501 | 97 % | $223 | 6 |

## Debt by Account Type



- Mortgage-0%
- Revolving-1%
- Installment-99%
- Other-0%

## Debt to Credit Ratio by Account Type



Mortgage
Installment
Revolving
Other
Total

Balance      Available

NOTE: Total may not equal 100% due to rounding

## Account Age

Usually, it is a good idea to keep your oldest credit account open, as a high average account age generally demonstrates stability to lenders. Also, especially if you have been managing credit for a short time, opening many new accounts will lower your average account age and may have a negative impact.

| | |
|---|---|
| **Length of Credit History** | 8 Years, 10 Months |
| **Average Account Age** | 5 Years, 3 Months |
| **Oldest Account** | BANK OF AMERICA, N.A  (Opened 07/01/2005) |
| **Most Recent Account** | US DEPT. OF EDUCATIO  (Opened 09/25/2012) |

## Inquiries - Requests for your Credit History

Numerous inquiries on your credit file for new credit may cause you to appear risky to lenders, so it is usually better to only seek new credit when you need it. Typically, lenders distinguish between inquiries for a single loan and many new loans in part by the length of time over which the inquiries occur. So, when rate shopping for a loan it's a good idea to do it within a focused period of time.

| | |
|---|---|
| Inquiries in the Last 2 Years | 5 |
| **Most Recent Inquiry** | LEXISNEXIS - TENANT ::4650993688  (05/23/14) |

## Potentially Negative Information

Late payments, collections and public records can have a negative impact on your credit standing. The more severe and recent they are, the more negative the potential impact might be.

| | |
|---|---|
| Public Records | 1 |
| Negative Accounts | 0 |
| Collections | 0 |

## Mortgage Accounts

Mortgage accounts include first mortgages, home equity loans, and any other loans secured by real estate you own.

**You have no mortgage accounts on file.**

## Installment Accounts

Installment accounts are credit accounts in which the amount of the payment and the number of payments are predetermined or fixed, such as a car loan.

## Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| SALLIE MAE | XXXX | 05/09/2008 | $24,143 | 05/09/2014 | | PAYS AS AGREED | |

PO BOX 9655
WILKES-BARRE , PA-18773

| Account Number: | 502935046718XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $ 25,000 |
| Type of Account : | Installment | Credit Limit: | |
| Term Duration: | 180 Months | Terms Frequency: | Monthly (due every |

LEXISNEXIS - TENANT
1000 Alderman Dr
Internal Mail

Alpharetta, GA 300054101

**Inquiries that do not impact your credit rating**
These inquiries include requests from employers, companies making promotional offers and your own requests to check your credit.
These inquiries are only viewable by you.

| Company Information | Date of Inquiry |
|---|---|
| PRM-CAPITAL ONE | 12/12/13, 09/11/13, 08/08/13, 07/11/13, 06/13/13 |
| PRM-DISCOVER FINANCIAL SERVICES | 05/08/14, 10/24/13, 08/16/13, 08/09/13, 06/28/13, 06/07/13 |
| EQUIFAX | 05/30/14 |

| Prefix | Prefix Description |
|---|---|
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.(PRM inquiries remain for twelve months.) |
| AM or AR | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.) |
| EMPL | Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months) |
| PR | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.(PR inquiries remain for 12 months.) |
| Equifax or EFX | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request. |
| ND | Inquiries with this prefix are general inquiries that do not display to credit grantors.(ND inquiries remain for 24 months.) |
| ND MR | Inquiries with this prefix indicate the reissue of a mortgage credit file containing information from your Equifax credit file to another company in connection with a mortgage loan.(ND inquiries remain for 24 months.) |

# Negative Accounts

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

**You have no negative accounts on file.**

# Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

**You have no Collections on file.**

# Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

**You have no Bankruptcies on file.**

## Judgments

| | |
|---|---|
| Type: | Judgment |
| Date Filed: | 09/2011 |
| Case Number: | 09H84SP002678 |
| Court Number/Name: | |
| Court Address: | 374 Pemberton Sq<br>Boston , MA 021081701 |
| Plaintiff: | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| Defendant: | STARKE AXEL |
| Amount: | $2,756 |
| Status: | |
| Date Reported: | N/A |
| Satisfied Date: | |
| Verified Date: | |
| Comments: | |

You have no Tax Liens on file.

# Personal Information

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly.

**Name:**Axel M. Starke
**Social Security Number:**XXX-XX-1378
**Age or Date of Birth:**August 7, 1986

# Address Information

| Current/Previous | Street Address | Date Reported |
|---|---|---|
| Current | 9 RONAN ST APT 3BOSTON,MA,02125 | First Reported 08/2006Last Reported 05/30/2014 |
| Former Address1 | 26 MILLMONT ST APT AROXBURY,MA,02119 | First Reported 09/2005Last Reported 10/01/2010 |
| Former Address2 | 6617 22ND PLHYATTSVILLE,MD,20782 | First Reported 12/2009Last Reported 10/01/2010 |

# Other Identification

You have no other identification on file.

# Employment History

You have no Employment History on file.

EXHIBIT D

P. O. Box 105518
Atlanta, GA 30348

# EQUIFAX

## CREDIT FILE : *June 5, 2014*
## *Confirmation # 4150022936*

001663804-314
Axel M Starke
9 Ronan St Apt 3
Boston, MA 02125-2426

Dear Axel M Starke:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday–Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

### Public Record Information  *(This section includes public record items obtained from local, state and federal courts.)*

>>> *We have reviewed the judgement information. Case or ID # – 09H84SP002678  The results are:* We verified that this item belongs to you. If you have additional questions about this item please contact:  *Suffik Cty Crthse–Boston, 374 PEMBERTON SQ, Boston  MA  02108-1701*

Judgment Filed 09/2011; Boston Housing Court; Case or ID # – 09H84SP002678; Defendant – Axel Starke; Amount – $2,756 ; Plaintif – Federal National Mortgage Associatio; Status – Pending; Verified 06/2014; **Address:** 24 NEW CHARDON ST  BOSTON, MA 02114–4703 ; (617) 725–8389

4150022936APPLADM-001663804–  314– 11698 – !

## State Of Massachusetts – Notice to Consumer

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

You have a right to dispute inaccurate information by contacting the consumer reporting agency directly, either in writing or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, or to the extent consistent with federal law. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquires relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll-free telephone number or contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.

You have a right to request a "security freeze" on your consumer report. The security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express written authorization. A security freeze shall be requested by sending a request either by certified mail, overnight mail or regular stamped mail to a consumer reporting agency, or as authorized by regulation. The security freeze is designed to prevent credit, loans or services from being approved in your name without your consent. You should be aware that using a security freeze may delay, interfere with, or prevent the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transactions, or other services, including an extension of credit at point of sale.

When you place a security freeze on your consumer report, within 5 business days of receiving your request for a security freeze, the consumer reporting agency shall provide you with a personal identification number or password to use if you choose to remove the freeze on your consumer report or to authorize the release of your consumer report to a specific party or for a specified period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the following:–

(1) the personal identification number or password provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) the third party or parties who are to receive the consumer report or the specified period of time for which the report shall be available to authorized users of the consumer report.

( Continued On Next Page )

4150022936APPLADM–001663804–   314– 11698 – !

# Confirmation # 4150022936

## CREDIT FILE : June 5, 2014

A consumer reporting agency that receives a request from a consumer to lift a freeze on a consumer report shall comply with the request not later than 3 business days after receiving the request.

A security freeze shall not apply to a person or entity, or to its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information relative to your consumer report for the purposes of reviewing or collecting the account, if you have previously given consent to the use of your consumer report. "Reviewing the account" includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze on your Equifax credit report, send your request via certified, overnight or regular mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA 30348

Or, you may contact us on the web at equifax.com or call 800–685–1111.

The fee to place a security freeze is $5.00.  If you or your spouse is a victim of identity theft and you submit a copy of a valid police report relating to the identity theft, no fees will be charged.  Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 5 business days of receipt of the request via first class mail.  It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific party or period of time.

* If you prefer not to receive pre-approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta, GA 30374–0123

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567–8688.

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( Continued On Next Page )

Page 3 of 4

4150022936APPLADM–001663804–  314– 11698 – ?

4150022936APPLADM--001663804--   314-- 11698 -- !

( End Of Report )

EXHIBIT E

P.O. Box 105518
Atlanta, GA 30348

June 11, 2014



**EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

001668540-334
Axel M Starke
9 Ronan St Apt 3
Boston, MA 02125-2426

Dear Axel M Starke:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have
additional questions regarding the reinvestigated items, please contact the source of that information directly.  You
may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days
by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425–7961 from M – F
9:00am to 5:00pm in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be
submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866–349–5186.

Thank you for giving Equifax the opportunity to serve you.

| *Results Of Your Investigation* | *(For your security, the last 4 digits of your credit account number(s) have been replaced by \*)* |
|---|---|

>>> *We have reviewed the judgement information.  Case or ID # – 09H84SP002678  The results are:* We have
verified that this public record item is reporting correctly. If you have additional questions about this item please
contact: *Sufflk Cty Crthse– Boston, 374 PEMBERTON SQ, Boston, MA 02108–1701*

If you have any additional questions regarding the information provided to Equifax by the source of any information,
please contact the source of that information directly. You may contact Equifax regarding the specific information
contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## State Of Massachusetts – Notice to Consumer

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

You have a right to dispute inaccurate information by contacting the consumer reporting agency directly, either in writing or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, or to the extent consistent with federal law. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquires relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll–free telephone number or contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.

You have a right to request a "security freeze" on your consumer report. The security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. A security freeze shall be requested by sending a request either by certified mail, overnight mail or regular stamped mail to a consumer reporting agency, or as authorized by regulation. The security freeze is designed to prevent credit, loans or services from being approved in your name without your consent. You should be aware that using a security freeze may delay, interfere with, or prevent the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transactions, or other services, including an extension of credit at point of sale.

When you place a security freeze on your consumer report, within 5 business days of receiving your request for a security freeze, the consumer reporting agency shall provide you with a personal identification number or password to use if you choose to remove the freeze on your consumer report or to authorize the release of your consumer report to a specific party or for a specified period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the following:–

(1) the personal identification number or password provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) the third party or parties who are to receive the consumer report or the specified period of time for which the report shall be available to authorized users of the consumer report.

A consumer reporting agency that receives a request from a consumer to lift a freeze on a consumer report shall comply with the request not later than 3 business days after receiving the request.

A security freeze shall not apply to a person or entity, or to its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information relative to your consumer report for the purposes of reviewing or collecting the account, if you have previously given consent to the use of your consumer report. "Reviewing the account" includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze on your Equifax credit report, send your request via certified, overnight or regular mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA  30348

Or, you may contact us on the web at equifax.com or call 800–685–1111.

The fee to place a security freeze is $5.00.  If you or your spouse is a victim of identity theft and you submit a copy of a valid police report relating to the identity theft, no fees will be charged.  Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 5 business days of receipt of the request via first class mail.  It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific party or period of time.

* If you prefer not to receive pre–approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta, GA  30374–0123

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567–8688.

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# EQUIFAX

## CREDIT FILE : June 11, 2014

Confirmation # 4160017049

**Personal Identification Information**   *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Axel M Starke

Social Security #: ▅▅▅▅▅

Date of Birth: August 7, 1986

Current Address: 9 Ronan St Apt 3, Boston, MA 02125 Reported: 06/2014

Previous Address(es): 26 Millmont St Apt A, Roxbury, MA 02119 Reported: 06/2014
6617 22nd Pl, Hyattsville, MD 20782 Reported: 06/2014

**Please address all future correspondence to:**



www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 425-7961
M – F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Public Record Information**   *(This section includes public record items obtained from local, state and federal courts.)*

Judgment Filed 09/2011; Boston Housing Court; Case or ID # – 09H84SP002678; Defendant – Axel Starke; Amount – $2,756 ; Plaintiff – Federal National Mortgage Associatio; Status – Pending; Verified 06/2014; **Address:** 24 NEW CHARDON ST  BOSTON, MA 02114–4703 ;(617) 725–8389

**Credit Account Information**

*(For your security, the last 4 digits of account number(s) have been replaced by 7 ) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

Account Number – The Account number reported by credit grantor
Date Acct. Opened – The Date that the credit grantor opened the account
High Credit – The Highest Amount Charged
Credit Limit – The Highest Amount Permitted
Terms Duration – The Number of Installments or Payments
Terms Frequency – The Scheduled Time Between Payments
Months Reviewed – The Number of Months Reviewed
Activity Designator – The Most Recent Account Activity
Creditor Class – The Type of Company Reporting The Account
Date Reported – Date of Last Reported Update
Balance Amount – The Total Amount Owed as of the Date Reported
Status – Condition of Account When Last Updated by Creditor
or Otherwise

Amount Past Due – The Amount Past Due as of the Date Reported
Date of Last Paymnt – The Date of Last Payment
Actual Pay Amt – The Actual Amount of Last Payment
Sched Pay Amt – The Requested Amount of Last Payment
Date of 1st Delinquency – The Date of First Delinquency
Date of Last Activy – The Date of the Last Account Activity
Date Maj Delq Rptd – The Date the 1st Major Delinquency Was Reported
Charge Off Amt – The Amount Charged Off by Creditor
Deferred Pay Date – The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt – The Amount of Final(Balloon) Payment
Balloon Pay Date – The Date of Final(Balloon) Payment
Date Closed – The Date the Account was Closed

**Account History**
**Status Code**
**Descriptions**

1 : 30–59 Days Past Due
2 : 60–89 Days Past Due
3 : 90–119 Days Past Due
4 : 120–149 Days Past Due

5 : 150–179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure

J : Voluntary Surrender
K : Repossession
L : Charge Off

## ACS/Bank of America    501 BLEEKER ST UTICA NY 13501 : (800) 835-4611

Account Number: [redacted]

| Date Opened | High Credit | Terms Months | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|
| 01/01/2009 | $12,881 | 120 Months | Monthly | 7 | Transfer/Sold | |

| Items As of | Amount Past Due | Balance Amount | Date of Last Paymnt | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2010 | | $0 | 01/2010 | | | 01/2010 | | | | | | 01/2010 |

Date Reported 01/01/2010   Scheduled Payment Amount $145

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan;

## Aes/Chase    PO Box 61047 Harrisburg PA 17106-1047 : (717) 720-3118

Account Number: [redacted]

| Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|
| 01/01/2009 | $5,000 | | Deferred | 2 | Transfer/Sold | |

| Items As of | Amount Past Due | Balance Amount | Date of Last Paymnt | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2009 | | $0 | | | | | | | 11/2009 | | | 06/2009 |

Date Reported 06/01/2009   Scheduled Payment Amount

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## Aes/Chase    PO Box 61047 Harrisburg PA 17106-1047 : (717) 720-3118

Account Number: [redacted]

| Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|
| 01/01/2009 | $2,000 | | Deferred | 2 | Transfer/Sold | |

| Items As of | Amount Past Due | Balance Amount | Date of Last Paymnt | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2009 | | $0 | | | | | | | 11/2009 | | | 06/2009 |

Date Reported 06/01/2009   Scheduled Payment Amount

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## Aes/Chase    PO Box 61047 Harrisburg PA 17106-1047 : (717) 720-3118

Account Number: [redacted]

| Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|
| 01/01/2009 | $5,500 | | Deferred | 2 | Transfer/Sold | |

| Items As of | Amount Past Due | Balance Amount | Date of Last Paymnt | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2009 | | $0 | | | | | | | 11/2009 | | | 06/2009 |

Date Reported 06/01/2009   Scheduled Payment Amount

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## American Express    PO Box 981537 El Paso TX 79998-1637 : (800) 874-2717

Account Number: [redacted]

| Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|
| 07/22/2011 | $3,535 | | | 32 | | |

| Items As of | Amount Past Due | Balance Amount | Date of Last Paymnt | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/17/2014 | | $1,147 | | | | 05/2014 | | | | | | |

Date Reported 05/17/2014   Scheduled Payment Amount

Status – Pays As Agreed; Type of Account – Open; Type of Loan – Credit Card; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Credit Card;

## Bank of America

**Account Number:** [redacted]   P.O. Box 982235 El Paso TX 79998-2235

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 09/17/2006 | $4,720 | $5,000 | | Monthly | 38 | | |

| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date of Delinquency | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/2014 | $762 | | 05/2014 | $560 | $25 | 05/2014 | | | | | | | | |

**Status** – Pays As Agreed; **Type of Account** – Revolving; **Type of Loan** – Credit Card; **Whose Account** – Individual Account;   ADDITIONAL INFORMATION – Credit Card;

## Bank of America, N.A.

**Account Number:** [redacted]   4161 Piedmont Pkwy Greensboro NC 27410-8110 : (800) 451-6362

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 07/01/2005 | $800 | | 36M | Monthly | 30 | | |

| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2008 | $0 | | 01/2008 | | | 01/2008 | | | | | | | |

**Status** – Pays As Agreed; **Type of Account** – Installment; **Type of Loan** – Unsecured; **Whose Account** – Individual Account;   ADDITIONAL INFORMATION – Unsecured;

## Sallie Mae

**Account Number:** [redacted]   PO BOX 9655 WILKES-BARRE PA 18773

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 05/09/2008 | $25,000 | | 180 Months | | 73 | | |

| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2014 | $24,012 | | 06/2014 | $198 | $198 | 06/2014 | | | | | | | |

**Status** – Pays As Agreed; **Type of Account** – Installment; **Type of Loan** – Education Loan; **Whose Account** – Joint Account;   ADDITIONAL INFORMATION – Student Loan;

## Sallie Mae

**Account Number:** [redacted]   PO Box 9500 Wilkes Barre PA 18773-9500

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 12/01/2006 | $44,640 | | | | 2 | Paid and Closed | |

| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2007 | $0 | | 08/2007 | | | 08/2007 | | | | | | | 09/2007 |

**Status** – Pays As Agreed; **Type of Account** – Installment; **Type of Loan** – Education Loan; **Whose Account** – Individual Account;   ADDITIONAL INFORMATION – Closed or Paid Account/Zero Balance; Student Loan;

## US Dept. of Education/Glelsi

**Account Number:** [redacted]   PO Box 7860 Madison WI 53707-7860 : (608) 246-1750

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 08/03/2012 | $100,001 | | | Deferred | 17 | | |

| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2014 | $100,001 | $0 | | | | 05/2014 | | | 11/2014 | | | |

**Status** – Pays As Agreed; **Type of Account** – Installment; **Type of Loan** – Education Loan; **Whose Account** – Individual Account;   ADDITIONAL INFORMATION – Student Loan – Payment Deferred;

41600170349APP–001668540–   334– 14739 – S

## US Dept. of Education/Glelsi

Account Number: [redacted]

PO Box 7860 Madison WI 53707-7860 ; (608) 246-1750

| Items As of the Date Reported | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Paymt | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Date of Last Activity | Terms Frequency | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2014 | $41,000 | $0 | 09/25/2012 | $41,000 | | | | | | | 05/2014 | Deferred | | 20 | | | 11/2014 | | | | |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account; ADDITIONAL INFORMATION – Student Loan – Payment Deferred;

## US Dept. of Education/Glelsi

Account Number: [redacted]

PO Box 7860 Madison WI 53707-7860 ; (608) 246-1750

| Items As of Date Reported | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Paymt | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Date of Last Activity | Terms Frequency | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2014 | $10,780 | | 01/22/2009 | $12,500 | 08/2012 | $145 | | $155 | | | 05/2014 | Monthly | | 52 | | | | | | | |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account; ADDITIONAL INFORMATION – Student Loan;

## Inquiries that display to companies (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| Equifax Auto MTNC Up<br>PO Box 740241  Atlanta, GA<br>30374-0241 | 06/11/2014 |
| Equifax<br>PO Box 740241  Atlanta, GA<br>30374-0241 — N | 06/09/2014 |
| Equifax Auto MTNC Up<br>PO Box 740241  Atlanta, GA<br>30374-0241 — N | 06/05/2014 |
| Equifax<br>PO Box 740250  Atlanta, GA<br>30374-0250 — N | 05/30/2014   05/30/2014   05/30/2014 |
| Lexisnexis – Tenant::THE MONDRIAN CITYPLA<br>1000 Alderman Dr Internal Mail Alpharetta, GA<br>30005-4101 — N | 05/23/2014 |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015-3851 — N | 05/08/2014 |
| ACS Education Services Inc.<br>225 Old Falls St  Niagara Falls, NY<br>14303-1249 — N | 01/06/2014 |
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285-5015 — N   Phone: (800) 955-7070 | 12/12/2013 |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015-3851 — N | 10/24/2013 |

( Continued On Next Page )

4160017049APP-001668540-   334- 14739 - S

| Company Information | Inquiry Date(s) |
|---|---|
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285-5015 | 09/11/2013<br>N Phone: (800) 955-7070 |
| ACS Education Services Inc.<br>225 Old Falls St Niagara Falls, NY<br>14303-1249 | 08/27/2013<br>N |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015-3851 | 08/16/2013   08/09/2013<br>N |
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285-5015 | 08/08/2013   07/11/2013<br>N Phone: (800) 955-7070 |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015-3851 | 06/28/2013<br>N |
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285-5015 | 06/13/2013<br>N Phone: (800) 955-7070 |
| ACS Education Services Inc.<br>225 Old Falls St Niagara Falls, NY<br>14303-1249 | 12/06/2012<br>N |

**** End of Credit File ****

4160017049APP-001668540-  334- 14739 - S

EXHIBIT F

| Case Type | Housing Court Summary Process | Case Status | Closed |
|---|---|---|---|
| Status Date: | 08/20/2009 | File Date | 07/13/2009 |
| Case Judge: | | DCM Track: | |
| Next Event: | | | |

**Property Address**
135 Falcon Street 2
Boston MA 02128

All Information    Party    Event    Docket    Disposition

## Party Information

#### FDIC - Plaintiff

| Disposition | | Alias | |
|---|---|---|---|
| Disp Date | | | |
| | | Attorney/Bar Code | Phone Number |
| | | Rhein, Esq., David (635175) | |

More Party Information

#### Welty, Brant - Defendant

| Disposition | | Alias | |
|---|---|---|---|
| Disp Date | | | |
| | | Attorney/Bar Code | Phone Number |
| | | Pro Se, . (PROPER) | |

More Party Information

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 07/23/2009 09:30 AM | First Session | | Courtroom 15 - 5th Floor | Summary Process Trial | Continued |
| 08/20/2009 09:30 AM | First Session | | Courtroom 15 - 5th Floor | Summary Process Trial | Allowed |

## Docket Information

| Docket Date | Docket Text |
|---|---|
| 07/13/2009 | SP Summons and Complaint - Foreclosure |
| 07/13/2009 | SUMMARY PROCESS: MGL CHAPTER 185C SECTION 19 ; CHAPTER 262 SECTION 2  Receipt: 15707  Date: 07/13/2009 |
| 07/13/2009 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19)  SURCHARGE  Receipt: 15707  Date: 07/13/2009 |
| 07/13/2009 | Scheduled<br>Event: Summary Process Trial<br>Date: 07/23/2009  Time: 09:30 AM<br>Result: Continued |
| 07/13/2009 | Notice to quit filed |
| 07/13/2009 | Answer of Brant Welty<br>& Counterclaims |
| 07/23/2009 | Event Resulted<br>The following event: Summary Process Trial scheduled for 07/23/2009 09:30 AM has been resulted as follows:<br><br>Result: Continued |

| | |
|---|---|
| 07/23/2009 | Scheduled<br>Event: Summary Process Trial<br>Date: 08/20/2009  Time: 09:30 AM<br>Result: Allowed |
| 08/20/2009 | Event Resulted<br>The following event: Summary Process Trial scheduled for 08/20/2009 09:30 AM has been resulted as follows:<br><br>Result: Allowed |
| 08/20/2009 | Case Disposed per parties Winik, J. |

## Case Disposition

| Disposition | Date |
|---|---|
| Dismissal | 08/20/2009 |

EXHIBIT G

P.O. Box 105518
Atlanta, GA 30348

June 18, 2014



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

001673306–399
Axel M Starke
9 Ronan St Apt 3
Boston, MA 02125–2426

Dear Axel M Starke:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425–7961 from M – F 9:00am to 5:00pm in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866–349–5186.

Thank you for giving Equifax the opportunity to serve you.

| *Results Of Your Investigation*  (For your security, the last 4 digits of your credit account number(s) have been replaced by *) |
|---|

*>>>  We have reviewed the judgement information.  Case or ID # – 09H84SP002678  The results are:* We verified that this item belongs to you. If you have additional questions about this item please contact: *Suffik Cty Crthse–Boston, 374 PEMBERTON SQ, Boston, MA 02108–1701*

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## State Of Massachusetts – Notice to Consumer

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

You have a right to dispute inaccurate information by contacting the consumer reporting agency directly, either in writing or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, or to the extent consistent with federal law. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquires relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll–free telephone number or contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.

You have a right to request a "security freeze" on your consumer report. The security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. A security freeze shall be requested by sending a request either by certified mail, overnight mail or regular stamped mail to a consumer reporting agency, or as authorized by regulation. The security freeze is designed to prevent credit, loans or services from being approved in your name without your consent. You should be aware that using a security freeze may delay, interfere with, or prevent the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transactions, or other services, including an extension of credit at point of sale.

When you place a security freeze on your consumer report, within 5 business days of receiving your request for a security freeze, the consumer reporting agency shall provide you with a personal identification number or password to use if you choose to remove the freeze on your consumer report or to authorize the release of your consumer report to a specific party or for a specified period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the following:–

(1) the personal identification number or password provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) the third party or parties who are to receive the consumer report or the specified period of time for which the report shall be available to authorized users of the consumer report.

A consumer reporting agency that receives a request from a consumer to lift a freeze on a consumer report shall comply with the request not later than 3 business days after receiving the request.

A security freeze shall not apply to a person or entity, or to its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information relative to your consumer report for the purposes of reviewing or collecting the account, if you have previously given consent to the use of your consumer report. "Reviewing the account" includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze on your Equifax credit report, send your request via certified, overnight or regular mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA 30348

Or, you may contact us on the web at equifax.com or call 800–685–1111.

The fee to place a security freeze is $5.00. If you or your spouse is a victim of identity theft and you submit a copy of a valid police report relating to the identity theft, no fees will be charged. Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 5 business days of receipt of the request via first class mail. It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific party or period of time.

* If you prefer not to receive pre–approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta, GA 30374–0123

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567–8688.

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# EQUIFAX

## CREDIT FILE : June 18, 2014

**Confirmation # 4162033109**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Axel M Starke |
| Social Security #: | ████████████  Date of Birth: August 7, 1986 |
| Current Address: | 9 Ronan St Apt 3, Boston, MA 02125  Reported: 06/2014 |
| Previous Address(es): | 26 Millmont St Apt A, Roxbury, MA 02119  Reported: 06/2014 |
| | 6617 22nd Pl, Hyattsville, MD 20782  Reported: 06/2014 |

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 425–7961
M – F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

---

**Public Record Information** *(This section includes public record items obtained from local, state and federal courts.)*

Judgment Filed 09/2011; Boston Housing Court; Case or ID # – 09H84SP002678; Defendant – Axel Starke; Amount – $2,756 ; Plaintif – Federal National Mortgage Associatio; Status – Pending; Verified 06/2014; **Address:** 24 NEW CHARDON ST  BOSTON, MA 02114–4703 ; (617) 725–8389

---

**Credit Account Information**

*(For your security, the last 4 digits of account number(s) have been replaced by 'x') (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | | |
|---|---|---|
| Account Number | – The Account number reported by credit grantor | |
| Date Acct. Opened | – The Date that the credit grantor opened the account | |
| High Credit | – The Highest Amount Charged | |
| Credit Limit | – The Highest Amount Permitted | |
| Terms Duration | – The Number of Installments or Payments | |
| Terms Frequency | – The Scheduled Time Between Payments | |
| Months Reviewed | – The Number of Months Reviewed | |
| Activity Designator | – The Most Recent Account Activity | |
| Creditor Class | – The Type of Company Reporting The Account | |
| Date Reported | – Date of Last Reported Update | |
| Balance Amount | – The Total Amount Owed as of the Date Reported | |
| Status | – Condition of Account When Last Updated by Creditor or Otherwise | |

| | |
|---|---|
| Amount Past Due | – The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | – The Date of Last Payment |
| Actual Pay Amt | – The Actual Amount of Last Payment |
| Sched Pay Amt | – The Requested Amount of Last Payment |
| Date of 1st Delinquency | – The Date of First Delinquency |
| Date of Last Actvty | – The Date of the Last Account Activity |
| Date Maj Delq Rptd | – The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | – The Amount Charged Off by Creditor |
| Deferred Pay Date | – The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | – The Amount of Final(Balloon) Payment |
| Balloon Pay Date | – The Date of Final(Balloon) Payment |
| Date Closed | – The Date the Account was Closed |

| | |
|---|---|
| **Account History** | 1 : 30–59 Days Past Due |
| **Status Code** | 2 : 60–89 Days Past Due |
| **Descriptions** | 3 : 90–119 Days Past Due |
| | 4 : 120–149 Days Past Due |

| | |
|---|---|
| 5 : 150–179 Days Past Due | |
| 6 : 180 or More Days Past Due | |
| G : Collection Account | |
| H : Foreclosure | |

| | |
|---|---|
| J : Voluntary Surrender | |
| K : Repossession | |
| L : Charge Off | |

## ACS/Bank of America   501 BLEEKER ST UTICA NY 13501 : (800) 835–4611

| Account Number | | | | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | | Months Revd 7 | Activity Designator Transfer/Sold | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of<br>Date Reported<br>01/01/2010 | Balance<br>Amount<br>$0 | Date Opened<br>01/01/2009 | High Credit<br>$12,881 | | | | | | | | | |
| | | Date of<br>Last Payment<br>01/2010 | Amount<br>Past Due | Scheduled<br>Payment Amount<br>$145 | Date of 1st<br>Delinquency | Date of<br>Last Activity<br>01/2010 | Date Maj.<br>Del. 1st Rptd | Charge Off<br>Amount | Deferred Pay<br>Start Date | Balloon Pay<br>Amount | Balloon<br>Pay Date | Date<br>Closed<br>01/2010 |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan;

## Aes/Chase   PO Box 61047 Harrisburg PA 17106–1047 : (717) 720–3118

| Account Number | | | | Credit Limit | Terms Duration | Terms Frequency Deferred | | Months Revd 2 | Activity Designator Transfer/Sold | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of<br>Date Reported<br>06/01/2009 | Balance<br>Amount<br>$0 | Date Opened<br>01/01/2009 | High Credit<br>$5,000 | | | | | | | | | |
| | | Date of<br>Last Payment | Amount<br>Past Due | Scheduled<br>Payment Amount | Date of 1st<br>Delinquency | Date of<br>Last Activity | Date Maj.<br>Del. 1st Rptd | Charge Off<br>Amount | Deferred Pay<br>Start Date<br>11/2009 | Balloon Pay<br>Amount | Balloon<br>Pay Date<br>11/2009 | Date<br>Closed<br>06/2009 |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## Aes/Chase   PO Box 61047 Harrisburg PA 17106–1047 : (717) 720–3118

| Account Number | | | | Credit Limit | Terms Duration | Terms Frequency Deferred | | Months Revd 2 | Activity Designator Transfer/Sold | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of<br>Date Reported<br>06/01/2009 | Balance<br>Amount<br>$0 | Date Opened<br>01/01/2009 | High Credit<br>$2,000 | | | | | | | | | |
| | | Date of<br>Last Payment | Amount<br>Past Due | Scheduled<br>Payment Amount | Date of 1st<br>Delinquency | Date of<br>Last Activity | Date Maj.<br>Del. 1st Rptd | Charge Off<br>Amount | Deferred Pay<br>Start Date<br>11/2009 | Balloon Pay<br>Amount | Balloon<br>Pay Date<br>11/2009 | Date<br>Closed<br>06/2009 |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## Aes/Chase   PO Box 61047 Harrisburg PA 17106–1047 : (717) 720–3118

| Account Number | | | | Credit Limit | Terms Duration | Terms Frequency Deferred | | Months Revd 2 | Activity Designator Transfer/Sold | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of<br>Date Reported<br>06/01/2009 | Balance<br>Amount<br>$0 | Date Opened<br>01/01/2009 | High Credit<br>$5,500 | | | | | | | | | |
| | | Date of<br>Last Payment | Amount<br>Past Due | Scheduled<br>Payment Amount | Date of 1st<br>Delinquency | Date of<br>Last Activity | Date Maj.<br>Del. 1st Rptd | Charge Off<br>Amount | Deferred Pay<br>Start Date<br>11/2009 | Balloon Pay<br>Amount | Balloon<br>Pay Date<br>11/2009 | Date<br>Closed<br>06/2009 |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Account Transferred or Sold; Student Loan – Payment Deferred;

## American Express   PO Box 981537 El Paso TX 79998–1537 : (800) 874–2717

| Account Number | | | | Credit Limit | Terms Duration | Terms Frequency | | Months Revd 33 | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of<br>Date Reported<br>06/16/2014 | Balance<br>Amount<br>$587 | Date Opened<br>07/22/2011 | High Credit<br>$3,535 | | | | | | | | | |
| | | Date of<br>Last Payment | Amount<br>Past Due | Scheduled<br>Payment Amount | Date of 1st<br>Delinquency | Date of<br>Last Activity<br>06/2014 | Date Maj.<br>Del. 1st Rptd | Charge Off<br>Amount | Deferred Pay<br>Start Date | Balloon Pay<br>Amount | Balloon<br>Pay Date | Date<br>Closed |

Status – Pays As Agreed; Type of Account – Open; Type of Loan – Credit Card; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Credit Card;

( Continued On Next Page )

4162033109APP–001673306–   399–15290 – S

**Bank of America**   P.O. Box 982235 El Paso TX 79998-2235

Account Number: [redacted]

| | Date Opened 08/17/2006 | High Credit $4,720 | Credit Limit $5,000 | Terms Duration | Terms Frequency Monthly | Months Revd 38 | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 05/21/2014 | Balance Amount $762 | Amount Past Due | Date Last Payment 05/2014 | Actual Payment Amount $560 | Scheduled Payment Amount $25 | Date of 1st Delinquency | Date of Last Activity 05/2014 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status – Pays As Agreed; Type of Account – Revolving; Type of Loan – Credit Card; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Credit Card;

**Bank of America, N.A.**   4161 Piedmont Pkwy Greensboro NC 27410-8110 ; (800) 451-6362

Account Number: [redacted]

| | Date Opened 07/01/2005 | High Credit $800 | Credit Limit | Terms Duration 36M | Terms Frequency Monthly | Months Revd 30 | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 01/01/2008 | Balance Amount $0 | Amount Past Due | Date Last Payment 01/2008 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 01/2008 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Unsecured; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Unsecured;

**Sallie Mae**   PO BOX 9655 WILKES-BARRE PA 18773

Account Number: [redacted]

| | Date Opened 05/09/2006 | High Credit $25,000 | Credit Limit | Terms Duration | Terms Frequency 180 Months | Months Revd 73 | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 06/09/2014 | Balance Amount $24,012 | Amount Past Due | Date Last Payment 06/2014 | Actual Payment Amount $198 | Scheduled Payment Amount $198 | Date of 1st Delinquency | Date of Last Activity 06/2014 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Joint Account;   ADDITIONAL INFORMATION – Student Loan;

**Sallie Mae**   PO Box 9500 Wilkes Barre PA 18773-9500

Account Number: [redacted]

| | Date Opened 12/01/2006 | High Credit $44,640 | Credit Limit | Terms Duration | Terms Frequency | Months Revd 2 | Paid and Closed | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 09/01/2007 | Balance Amount $0 | Amount Past Due | Date Last Payment 08/2007 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 08/2007 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 09/2007 |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Closed or Paid Account/Zero Balance; Student Loan;

**US Dept. of Education/Glelsi**   PO Box 7860 Madison WI 53707-7860 ; (608) 246-1750

Account Number: [redacted]

| | Date Opened 08/03/2012 | High Credit $100,001 | Credit Limit | Terms Duration | Terms Frequency Deferred | Months Revd 17 | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 05/31/2014 | Balance Amount $100,001 | Amount Past Due $0 | Date Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 05/2014 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date 11/2014 | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Student Loan – Payment Deferred;

( Continued On Next Page )

4162033109APP-001673306–   399– 15290 – S

## US Dept. of Education/Glelsi

| Account Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | PO Box 7860 Madison WI 53707-7860 ; (608) 246-1750 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported | Balance Amount | Amount Past Due | Date Opened 09/25/2012 | High Credit $41,000 | Credit Limit | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Terms Duration | Terms Frequency Deferred | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Rnvd 20 | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
| 05/31/2014 | $41,000 | $0 | | | | | | | | | 05/2014 | | | | | | | 11/2014 | | | |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Student Loan – Payment Deferred;

## US Dept. of Education/Glelsi

| Account Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | PO Box 7860 Madison WI 53707-7860 ; (608) 246-1750 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported | Balance Amount | Amount Past Due | Date Opened 01/22/2009 | High Credit $12,500 | Credit Limit | Date of Last Paymnt 08/2012 | Actual Paymnt Amount $145 | Scheduled Paymnt Amount $155 | Terms Duration | Terms Frequency Monthly | Date of Last Activity 05/2014 | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Rnvd 52 | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
| 05/31/2014 | $10,780 | | | | | | | | | | 05/2014 | | | | | | | | | | |

Status – Pays As Agreed; Type of Account – Installment; Type of Loan – Education Loan; Whose Account – Individual Account;   ADDITIONAL INFORMATION – Student Loan;

## Inquiries that display to companies (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | | | Inquiry Date(s) |
|---|---|---|---|
| Equifax Auto MTNC Up PO Box 740241 Atlanta, GA 30374-0241 | | | 06/18/2014   06/11/2014 |
| Equifax PO Box 740241 Atlanta, GA 30374-0241 | | N | 06/11/2014   06/09/2014 |
| Equifax Auto MTNC Up PO Box 740241 Atlanta, GA 30374-0241 | | N | 06/05/2014 |
| Equifax PO Box 740250 Atlanta, GA 30374-0250 | | N | 05/30/2014   05/30/2014   05/30/2014 |
| Lexisnexis – Tenant :THE MONDRIAN CITYPLA 1000 Alderman Dr Internal Mail Alpharetta, GA 30005-4101 | | N | 05/23/2014 |
| Discover Financial Services 2500 Lake Cook Rd Riverwoods, IL 60015-3851 | | N | 05/08/2014 |
| ACS Education Services Inc. 225 Old Falls St Niagara Falls, NY 14303-1249 | | N | 01/06/2014 |
| Capital One Bank USA Na PO Box 85015 Richmond, VA 23285-5015 | N | Phone: (800) 955-7070 | 12/12/2013 |
| Discover Financial Services 2500 Lake Cook Rd Riverwoods, IL 60015-3851 | | N | 10/24/2013 |

( Continued On Next Page )

4162033109APP-0016733306–   399– 15290 – S

| Company Information | Inquiry Date(s) |
|---|---|
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285–5015 | 09/11/2013 |
| *N  Phone: (800) 955–7070* | |
| ACS Education Services Inc.<br>225 Old Falls St  Niagara Falls, NY<br>14303–1249 | 08/27/2013 |
| *N* | |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015–3851 | 08/16/2013   08/09/2013 |
| *N* | |
| Capital One Bank USA Na<br>PO Box 85015  Richmond, VA<br>23285–5015 | 08/08/2013   07/11/2013 |
| *N  Phone: (800) 955–7070* | |
| Discover Financial Services<br>2500 Lake Cook Rd  Riverwoods, IL<br>60015–3851 | 06/28/2013 |
| *N* | |
| ACS Education Services Inc.<br>225 Old Falls St  Niagara Falls, NY<br>14303–1249 | 12/06/2012 |
| *N* | |

\*\*\*\* End of Credit File \*\*\*\*

416203310 9APP–001673306–  399– 15290 – S