**IN THE UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AXEL STARKE,** )<br>)<br>         **Plaintiff,** )<br>)<br>   vs. )<br>) **Civil Action No. 1:14-cv-13608-I**<br>**EQUIFAX INC.,** )<br>)<br>         **Defendant.** )<br>) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Now come the parties, and by their attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby stipulate and agree to dismiss this action with prejudice and without costs.

By His Attorney
For Plaintiff Axel Starke

   /s/ Robert Shapiro                         Date: February 3, 2015
Robert Shapiro
BBO#547404
94 Green Street
Jamaica Plain, MA  02130
617-522-7597
comlawjp@gmail.com

By Its Attorney

EQUIFAX INFORMATION SERVICES LLC

   By:   */s/ Kristopher I. Moore*          Date:  February 3, 2015
   Kristopher I. Moore, BBO # 681869
   Robinson & Cole LLP
   One Boston Place, 25th Floor
   Boston, MA 02108-4404
   Tel: 617-557-5900
   Fax: 617-557-5999
   Email: kmoore@rc.com
   Counsel for Defendant Equifax Inc.